1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    UNITED STATES OF AMERICA,

9                    Plaintiff,                    Case No. MJ23-319

10        v.                                       DETENTION ORDER

11   CAIDEN JAMES CHARLTON,

12                    Defendant.

13

14        Mr. Charlton is charged with three counts of Robbery, 18 U.S.C. §§ 1951(a), (b)(1); and 2.

15   The Court held a detention hearing on July 3, 2023, pursuant to 18 U.S.C. § 3142(f), and based

16   upon the reasons for detention hereafter set forth, finds:

17        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

18        1.    Mr. Charlton stipulated to detention.

19        2.    Mr. Charlton poses a risk of nonappearance due to pending charges, a history of

20              failure to appear, and criminal activity and other noncompliance while under court

21              jurisdiction. In addition, because he was not interviewed by Pretrial Services, his

22              ties to this district are unknown.

23        3.    Mr. Charlton poses a risk of danger due to the nature of the instant offense, and

DETENTION ORDER - 1

1    criminal activity while under court jurisdiction.

2    4.    Based on these findings, and for the reasons stated on the record, there does not

3    appear to be any condition or combination of conditions that will reasonably assure

4    Mr. Charlton's appearance at future court hearings while addressing the danger to

5    other persons or the community.

6    IT IS THEREFORE ORDERED:

7    (1)    Mr. Charlton shall be detained pending trial, and committed to the custody of the

8    Attorney General for confinement in a correction facility separate, to the extent

9    practicable, from persons awaiting or serving sentences or being held in custody

10    pending appeal;

11    (2)    Mr. Charlton shall be afforded reasonable opportunity for private consultation

12    with counsel;

13    (3)    On order of a court of the United States or on request of an attorney for the

14    government, the person in charge of the corrections facility in which Mr. Charlton

15    is confined shall deliver the defendant to a United States Marshal for the purpose

16    of an appearance in connection with a court proceeding; and

17    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

18    counsel for Mr. Charlton, to the United States Marshal, and to the United States

19    Pretrial Services Officer.

20    Dated this 3rd day of July, 2023.

21

22

23

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2