1

The Honorable Richard A. Jones

2
3
4
5
6
7    UNITED STATES DISTRICT COURT FOR THE
     WESTERN DISTRICT OF WASHINGTON
8                AT SEATTLE
9

10   UNITED STATES OF AMERICA,          Case No. CR23-112 RAJ

11              Plaintiff,              **ORDER TO EXTEND TIME TO**
                                        **RESPOND TO DEFENDANT'S**
12         v.                           **MOTION FOR REVIEW HEARING**

13   CAIDEN JAMES CHARLTON,

14              Defendant.

15       THE COURT having received and reviewed the government's Unopposed Motion
16   to Extend Time to Respond to Defendant's Motion for Detention Review Hearing, Dkt.
17   17, and based on all the records and files in this matter, and good cause appearing,
18       IT IS HEREBY ORDERED that the Unopposed Motion to Extend Time to
19   Respond to Defendant's Motion for Review Hearing is GRANTED.
20   / / /
21   / / /
22
23
24
25
26
27
28

[Proposed] Order to Extend Time to Respond - 1
*United States v. Charlton* / CR23-112 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | The government's response is due August 3, 2023.

3 | DATED this 25th day of July, 2023.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

[Proposed] Order to Extend Time to Respond - 2
*United States v. Charlton* / CR23-112 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970