UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>CAIDEN JAMES CHARLTON,<br><br>  Defendant. | Case No. CR23-112 RAJ<br><br>DETENTION ORDER |

Defendant Caiden James Charlton is charged with three counts of robbery, 18 U.S.C. §§ 1951(a), (b)(1) and 2, and three counts of carrying a firearm during and in relation to a crime of violence, 18 U.S.C. §§ 924(c)(1)(A)(i), (ii) and 2. The Court held a detention hearing on August 15, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. The Court finds the presumption has been overcome based on Mr. Charlton's strong community support many of whom were present in court.

3. The Court does not find that the government has met its burden of providing by a

DETENTION ORDER - 1

preponderance of the evidence that Mr. Charlton poses a risk of nonappearance.

4. The Court does find that the government has met its burden of proving by clear and convincing evidence that Mr. Charlton poses a risk of danger to the community. The nature and circumstances of the offenses charged are violent and endangered the lives of other individuals. There are also allegations that Mr. Charlton endangered the lives of juveniles at the time of his arrest. More importantly, the Court considered the fact that Mr. Charlton was released from state custody and only a day later is accused of committing additional armed robberies.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Charlton is not a danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Charlton shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Charlton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Charlton is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Charlton, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 15th day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3