JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAIDEN CHARLTON,<br><br>　　　　　Defendant. | No. 2:23-cr-00112-RAJ<br><br>ORDER GRANTING MOTION<br>TO SEAL EXHIBIT B |

　　THIS MATTER comes before the undersigned on Defendant Caiden Charlton's Motion to Seal Exhibit B to his motion for a detention review hearing. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

　　IT IS ORDERED that the Motion to Seal is GRANTED (Dkt. 34). Exhibit B shall remain under seal.

　　DATED this 14th day of September, 2023.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL EXHIBIT B
(*U.S. v. Charlton,* 2:23-cr-00112-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100