The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CAIDEN JAMES CHARLTON,<br><br>Defendant. | NO. 2:23-cr-00112-RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE AN OVERLENGTH BRIEF |

The Court, having reviewed the Motion of the United States to File an Overlength Brief, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. 38) is GRANTED. The United States may file its the Government's Response to Defendant's Motion for Revocation of Detention Order that does not exceed 24 pages in length.

DATED this 14th day of September, 2023.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
FOR OVERLENGTH BRIEF - 1
*United States v. Charlton* / 2:23-cr-00112 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970