HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-112-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS DUE DATE |
| CAIDEN JAMES CHARLTON, | |
| Defendant. | |

THE COURT has considered Defendant Caiden Charlton's unopposed motion to continue the trial date and extend the pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Mr. Charlton the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as Mr. Charlton has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Mr. Charlton in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DUE DATE
(*United States v. Charlton*, CR23-112-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

(e) the additional time requested between the current trial date of March 4, 2024, and the new trial date is necessary to provide counsel for Mr. Charlton the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that the unopposed motion (Dkt. 47) is GRANTED.  The trial date in this matter is continued to August 5, 2024.  All pretrial motions, including motions in limine, shall be filed no later than  and that pretrial motions shall be filed no later than June 21, 2024.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of August 5, 2024, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 25th day of January 2024.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS DUE DATE
(*United States v. Charlton*, CR23-112-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100