THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00112-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| CAIDEN JAMES CHARLTON, | |
| Defendant. | |

THE COURT has considered Defendant Caiden James Charlton's Motion to Seal Exhibits 2, 4, and 5 to his sentencing memorandum and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Motion (Dkt. 66) is GRANTED. Exhibits 2, 4, and 5 to Defendant's sentencing memorandum shall remain filed under seal.

DATED this 18th day of October, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*United States v. Charlton*, 2:23-cr-00112-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100