Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CAIDEN JAMES CHARLTON,<br>Defendant. | No. 2:23-cr-00112-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's unopposed Motion for Court Records/Documents. The Court having considered Defendant's motion, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion for Court Records/Documents, Dkt. 86, is GRANTED in PART. The Court directs that copies of the docket sheet and the Judgment entered in this matter shall be provided to Defendant, along with a copy of this Order. The Court waives the copying fees associated with this request. The Court DENIES Defendant's request for a copy of the Statement of Reasons, as the Statement of Reasons is not filed or maintained on the court docket.

DATED this 20th day of October, 2026.

The Honorable Richard A. Jones
United States District Judge