Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CAIDEN JAMES CHARLTON,<br>Defendant. | No. 2:23-cr-00112-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Caiden James Charlton's Motion to Compel the Bureau of Prisons to Provide Presentence Report to Mr. Charlton, Dkt. 87. The Court, having considered Defendant's motion, the Government's response, and the files and pleadings herein, hereby

ORDERS that Defendant's Motion to Compel the Bureau of Prisons to Provide Presentence Report to Mr. Charlton is **DENIED**.

DATED this 5th day of November, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge